Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**MARSHALL, J., Jr.**

**160 MDA 2017**

Superior Court of Pennsylvania.

08/08/2017

CP–67–CR–0008139–2015 (York)

Quashed

**M.R.S., JR.**

v.

**K.F.S.**

**420 MDA 2017**

Superior Court of Pennsylvania.

08/08/2017

2016–03612, (Cumberland)

Quashed

**COM.**

v.

**HAAK, M.**

**510 MDA 2017**

Superior Court of Pennsylvania.

08/08/2017

CP–06–CR–0004879–2011 (Berks)

Affirmed

**COM.**

v.

**HASSON, P.**

**1139 WDA 2016**

Superior Court of Pennsylvania.

08/08/2017

CP–63–CR–0001859–2015 (Washington)

Affirmed

